UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
May 22, 2020 10:18 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JMW  SCANNED BY: JU / 5·22

Clarence Otworth, )
In his individual capacity. )
 )
    Plaintiff, ) Case No. **1:20-cv-453**
 ) Janet T. Neff - U.S. District Judge
v. )
 )
Thomas L. Dorwin, )
In his official capacity, )
 )
    Defendant. ) JURY TRIAL DEMANDED
 )

Page | 1

## COMPLAINT FOR DEPRIVATION OF
## RIGHTS SECURED BY THE U.S. CONSTITUTION

COMES NOW Plaintiff, Clarence Otworth, Pro Se, (hereinafter referred to as "Otworth") in his individual capacity and sues Thomas L. Dorwin (hereinafter referred to as "Dorwin") in his official capacity, and alleges as follows:

### JURISDICTION

1. Jurisdiction in this case is based on the court's federal question jurisdiction, 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States."

2. The court also has jurisdiction in this matter under 42 U.S.C. § 1983 – Civil Action for deprivation of rights secured by the U.S. Constitution.

### PARTIES

3. Plaintiff Clarence Otworth (hereinafter referred to as "Otworth") is a retired railroad conductor. He resides at 187 East Daniels Road, Twin Lake, MI 49457-8745. Telephone: 231-292-1205.

4. Defendant Thomas L. Dorwin (hereinafter referred to as "Dorwin") is the Clerk of the United States District Court, Western District of Michigan, Southern Division. His office address is 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503. Telephone: 616-456-2381.

## INCONTROVERTIBLE FACTS
(Not able to be denied or disputed)
(Unless you are a corrupt federal judge)

Page | 2

5. The required fee for filing a lawsuit in a U.S. District Court is $400.00.

6. On Monday, May 11, 2020, Otworth placed one copy of his lawsuit against Governor Gretchen Whitmer, and a check in the amount of $400.0, in an envelope and mailed it to the office of the clerk, U.S. District Court, Western District of Michigan, Southern Division.

7. On Wednesday, May 13, 2020, Defendant Thomas L. Dorwin, the clerk of said court, received the lawsuit and the filing fee that Otworth sent to him.

8. Otworth's check for the filing fee was cashed on Wednesday, May 13, 2020.

9. Dorwin did not file said lawsuit.

10. Otworth has a checking account with PNC Bank.

11. Otworth does not have a credit card.

12. Otworth, has a PNC Bank debit card.

13. Otworth does not owe the PNC Bank any money.

14. Otworth does not owe any credit card company any money.

15. On Monday, May 18, 2020, Otworth discovered that the court told his bank that his check for the filing fee was for "PAYMENT, E-CHECK 0780 US COURTS GRAND PAYMENT - CREDIT CARD PAYMENTS" and received the $400 on Wednesday, May 13, 2020.

16. Otworth does not owe any credit card debts.

17. Otworth does not owe the U.S. District Court any money.

18. Otworth does not owe a grand payment to anyone.

19. Otworth believes Dorwin deprived him of his right to file a lawsuit because he was instructed to NOT file the lawsuit by a judge in his building.

20. Otworth believes that the reason his lawsuit against Governor Gretchen Whitmer was not filed was because it was about her executive order demanding the citizens of Michigan to stay home.

21. Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or a privilege protected by the Constitution of the United States.

22. Dorwin violated 18 U.S.C. § 242 when he deprived Otworth of his right to file a lawsuit against Governor Gretchen Whitman for depriving him of his rights secured by the U.S. Constitution.

Page | 3

23. If Dorwin was instructed by a judge not to file Otworth's lawsuit against the Governor, he reserves the right to amend his complaint to add that Judge as a defendant.

WHEREFORE, Plaintiff Clarence Otworth demands judgment against Defendant Thomas L. Dorwin for $500,000, with interests and cost, and for such other relief as this Court deems just and proper.

I, Clarence Otworth, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on Wednesday, May 20, 2020.

Respectfully submitted,

*Clarence Otworth*

Clarence Otworth
187 East Daniels Road
Twin Lake, MI
231-292-1205

**Clarence Otworth**
**187 E Daniels Rd**
**Twin Lake, MI 49457**
**Secret Service Killed JFK**

GRAND RAPIDS MI 494

20 MAY 2020 PM 2 L



FOREVER / USA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN STREET, N. W.
GRAND RAPIDS, MI 49503-2363

49503-236399