# 1

Case 1:20-cv-00453-JTN-SJB   ECF No. 1-1 filed 05/22/20   PageID.5   Page 1 of 7

Clarence Otworth
187 East Daniels Road
Twin Lake, MI 49457
(231) 292-1205



RECEIVED - GR
May 22, 2020 11:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____mkc_____

Monday, May 18, 2020

Mr. William Pelham Barr
85th Attorney General of the United States
Chief Law Enforcement Officer in the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

RE: VIOLATION OF SECTION 242 OF TITLE 18.

Dear Mr. Barr:

      I wish to file a formal criminal complaint against U.S. District Court Clerk Thomas L. Dorwin for not filing my lawsuit against the Governor of Michigan for deprivation of Rights secured by the United States Constitution.

Sincerely,

*[signature]*

Clarence Otworth\

Enclosure





SECRET SERVICE AGENTS BILL GREER & ROY KELLERMAN SHOT PRESIDENT JOHN F. KENNEDY & GREER SHOT JOHN B. CONNALLY

Clarence Otworth
187 East Daniels Road
Twin Lake, MI 49457
(231) 1292-1205



**RECEIVED - GR**
May 22, 2020 11:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____mkc_____

Wednesday, May 20, 2020

Christopher Asher Wray
Director, Federal Bureau of Investigation
FBI Headquarters
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

RE:    VIOLATION OF SECTION 242 OF TITLE 18.

Dear Mr. Wray:

I wish to file a formal criminal complaint against U.S. District Court Clerk Thomas L. Dorwin for not filing my lawsuit against the Governor of Michigan for deprivation of Rights secured by the United States Constitution.

Sincerely,

*[signature: Clarence Otworth]*

Clarence Otworth\

**CLARENCE OTWORTH**
**187 EAST DANIELS ROAD**
**TWIN LAKE, MI 49457**
**JONBENET WAS NOT MURDERED**

GRAND RAPIDS MI 494

20 MAY 2020 PM 2 L



THOMAS L. DORWIN, CLERK
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503-2363

49503-236399

> JONBENET WAS NOT MURDERED
> SHE FELL AND HIT HER HEAD
> ON THE CONCRETE FLOOR WHILE
> BEING RAPED BY BURKE RAMSEY