**FILED**
May 26, 2020 10:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: JW / 5-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Clarence Otworth, <br> In his individual capacity. <br><br> Plaintiff, <br><br> v. <br><br> Thomas L. Dorwin, <br> In his official capacity, <br><br> Raymond S. Kent, <br> In his official capacity, <br><br> Defendants. | Page \| 1 <br><br> Case No. _____ <br><br> **1:20-cv-453** <br><br> **Janet T. Neff** <br> **U.S. District Judge** <br><br><br><br> JURY TRIAL DEMANDED |

**AMENDED COMPLAINT FOR DEPRIVATION
OF RIGHTS SECURED BY THE U.S. CONSTITUTION**

COMES NOW Plaintiff, Clarence Otworth, Pro Se, in his individual capacity, and sues Thomas L. Dorwin, in his official capacity, and sues Raymond S. Kent, in his official capacity, and alleges as follows:

**JURISDICTION**

1.     Jurisdiction in this case is based on the court's federal question jurisdiction, 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States."

2.     The court also has jurisdiction in this matter under 42 U.S.C. § 1983 – Civil Action for deprivation of rights secured by the U.S. Constitution.

**PARTIES**

3.     Plaintiff Clarence "Darrow" Otworth (hereinafter referred to as "Otworth") is a retired railroad conductor. He resides at 187 East Daniels Road, Twin Lake, MI 49457-8745. Telephone: (231) 292-1205.

4.     Defendant Thomas L. "Dork" Dorwin (hereinafter referred to as "Dorwin") is the Clerk of the United States District Court, Western District of Michigan; Southern Division. His office address is 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503. Telephone: (616) 456-2381.

5.  Defendant Raymond S. "Clark" Kent is a Magistrate Judge in the United States District Court, Western District of Michigan; Southern Division. His address is 580 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503. Telephone: (616) 456-2568/

Page | 2

## INCONTROVERTIBLE FACTS
(Not able to be denied or disputed)
(Unless you are a corrupt federal judge)

6.  The required fee for filing a lawsuit in a U.S. District Court is $400.00.

7.  On Monday, May 11, 2020, Otworth put a copy of his lawsuit against Governor Gretchen Whitmer and a check in the amount of $400.00 in an envelope, and mailed it to the office of the clerk, U.S. District Court, Western District of Michigan, Southern Division.

8.  On Wednesday, May 13, 2020, Defendant Thomas L. Dorwin, clerk of court, received the lawsuit and check that Otworth sent to the office of the Clerk.

9.  Otworth's check for the $400.00 filing fee was cashed on Wednesday, May 13, 2020.

10. Dorwin did not file Otworth's lawsuit against Governor Gretchen Whitmer.

11. Otworth has a checking account with PNC Bank.

12. Otworth does not have a credit card.

13. Otworth has a PNC Bank debit card.

14. Otworth does not owe PNC Bank any money.

15. Otworth does not owe any credit card company any money.

16. On Monday, May 18, 2020, Otworth discovered that the PNC Bank was notified that his check in the amount of $400.00 for his filing fee was cashed specifically for: "PAYMENT, E-CHECK 0780 US COURTS GRAND PAYMENT - CREDIT CARD PAYMENTS."

17. Otworth does not owe any credit card debts.

18. Otworth does not owe the U.S. District Court any money.

19. Otworth does not owe a grand payment to anyone.

20. Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or a privilege protected by the Constitution of the United States.

21. Dorwin is guilty of violating 18 U.S.C. § 242, because he did not file the lawsuit that Otworth gave him to file.

Page | 3

22. Dorwin is not above the law. He must be prosecuted for failing to file Otworth's lawsuit against Governor Gretchen Whitmer.

23. Magistrate Judge Raymond S. Kent is guilty of violating 18 U.S.C. § 242, because he instructed the Clerk of Court to NOT file Otworth's lawsuit against Governor Gretchen Whitmer.

24. Magistrate Judge Raymond S. Kent is not above the law. He must be prosecuted for instructing the clerk of Court to not file Otworths lawsuit against Governor Gretchen Whitmer.

25. Otworth was deprived of his right to file a lawsuit against Governor Gretchen Whitmer for depriving him of his rights secured by the U.S. Constitution by Defendants Thomas L. Dorwiw and Defendant Raymond S. Kent, who also deprived him of his rights secured by the U.S. Constitution.

WHEREFORE, Plaintiff Clarence Otworth demands judgment against Defendant Thomas L. Dorwin for $500,000, with interests and cost; and judgment against Defendant Raymond S. Kent for $500,000, with interests and cost, and for such other relief as this Court deems just and proper.

I, Clarence Otworth, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on Wednesday, Friday, 20, 2022.

Respectfully submitted,

*Clarence Otworth*

Clarence Otworth
187 East Daniels Road
Twin Lake, MI 49457
(231) 292-1205

**Clarence Otworth**
**187 E Daniels Rd**
**Twin Lake, MI 49457**
**Secret Service Killed JFK**

GRAND RAPIDS MI 494

23 MAY 2020 PM 3 L

OFFICE OF THE CLERK
United States District Court
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503-2363

49503-231799