UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

        Plaintiff,                            Case No. 1:20-CV-453

v                                                Hon. Janet T. Neff

THOMAS L. DORWIN, et al,

        Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated:  May 28, 2020                                             /s/ Ray Kent
                                                                                 RAY KENT
                                                                                 United States Magistrate Judge